# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

CHAMBERS OF
**GILBERT S. MERRITT**
CIRCUIT JUDGE
SUITE 303 CUSTOMS HOUSE
701 BROADWAY
NASHVILLE, TENNESSEE 37203

July 16, 2007

RECEIVED

2007 JUL 23 A 10: 56

FINANCIAL
DISCLOSURE OFFICE

The Honorable Ortrie D. Smith
Chair
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Smith:

      In response to your letter of June 29 concerning my Financial Disclosure Report for 2006, the sale of "Oakwood Farm, Hermitage, Tennessee," is listed on my 2005 Disclosure filed May 10, 2006, at line 8. This reports the final payment for the sale of that farm land. The land was sold under an installment sale payable over several years. 2005 was the last year. I did not receive anything in 2006 because the final payment was in 2005.

      If you have any further questions, please let me know.

Sincerely,



Gilbert S. Merritt

slp

| AO-10 (WP) Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111) |

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MERRITT, Gilbert S. | U.S. Court of Appeals for the Sixth Circuit | 5/9/07 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (Senior) U.S. Court of Appeals | ___ Nomination, Date _____ <br> ___ Initial  X  Annual  ___ Final <br> 5b. ___ Amended Report | 1/01/06 – 12/31/06 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 303 Customs House <br> 701 Broadway <br> Nashville, TN 37203 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

POSITION | NAME OF ORGANIZATION/ENTITY

☐ NONE (No reportable positions.)

1. Partner — Southern Properties & Co. (████ real estate partnership)
2.
3.

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

DATE | PARTIES AND TERMS

X NONE (No reportable agreements.)

1.
2.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

DATE | SOURCE AND TYPE | INCOME

### A. Filer's Non-Investment Income

☐ NONE (No reportable non-investment income.)

1. 2006 — Vanderbilt Univ. Law School -- teaching — $5,000.00
2. — — $
3. — — $

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE (No reportable non-investment income.)

1.
2.

RECEIVED 2007 MAY 16 A 11: 19 FINANCIAL DISCLOSURE OFFICE

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | Gruter Institute | Lodging and food only for 4-day seminar on |
| 2 | | law and biology at Squaw Valley, California |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | Union Planters Bank | Mortgage on Cookeville | P1 |
| 2 | Nashville, TN | Commons Shopping Center (See § VII, line 7) | |
| 3 | Nashville, Bank & Trust Co. | Mortgage on Westgate Shopping | M |
| 4 | Nashville, TN | Center. (See § VII, line 2) | |
| 5 | | | |

*Value Codes: J=$15,000 or less    K=$15,00 I-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=$25,000,001-50,000,000    P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| MERRITT, Gilbert S. | 5/09/07 |

## VII. Page 1  INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children.  See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month- Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| Southern Properties & Co. | | | | | | | | | |
| (A) Westgate Shopping Ctr. | G | rent | P1 | W | | | | | |
| (B) White Castle Nashville, TN | E | rent | N | W | | | | | |
| (C) 3 rental houses Nashville, TN | E | rent | N | W | | | | | |
| (D) Cash--interest bearing (SunTrust Bank, Nashville, TN) | E | int. | M | T | | | | | |
| Check & savings accts. SunTrust Bank Nashville, TN | A | int. | L | T | | | | | |
| Cookeville Commons Shopping Center Cookeville, TN | G | rent | P1 | W | | | | | |
| Art collection -- Paintings | | none | M | W | | | | | |
| Airplane | | none | M | W | | | | | |
| SunTrust Bank Account | A | int. | M | T | | | | | |
| Berkshire Hathaway | A | Div. | M | T | | | | | |
| Heartland Express | A | Div. | M | T | | | | | |
| Sigma Aldrich | A | Div. | L | T | | | | | |
| Equity Resid. Prop. Trust | A | Div. | L | T | | | | | |
| Tech Data Corp. | A | Div. | M | T | | | | | |
| U.S. Treas. Bills or Notes | D | Int. | O | T | (3 sales and 3 purchases for rein-vestment throughout the year by Schwab) | | | | |
| Nashville Bank & Trust | A | O | K | W | | | | | |
| Vanguard Bond Fund | E | Int. | N | T | | | | | Vanguard Fund |
| | | | | | | | | | |

| | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____

Date ___ May 9, 2007 ___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544